IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC WAYNE FERGUSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79062

FILED

OCT 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from "the Judgment of Finding of the above-entitled court on June 18, 2019." Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's initial review of this appeal revealed a jurisdictional defect. Specifically, no order was entered in the district court on June 18, 2019. In addition, no statute or court rule provides for an appeal from the entry of a bench warrant. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, on July 9, 2019, this court directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. When appellant's counsel failed to respond, this court entered an order on August 27, 2019, again directing her to show cause why this appeal should not be dismissed for lack of jurisdiction.

To date, appellant's counsel has not responded to the order to show cause. Nevertheless, having reviewed the documents filed with the

19-42603

notice of appeal, this court lacks jurisdiction to consider this appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____ Pickering _____, J.
Pickering

_____ Parraguirre _____, J.
Parraguirre

_____ Cadish _____, J.
Cadish

cc: Hon. Jerry A. Wiese, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk